IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

LOUIS SHANNON,
        Plaintiff,

vs.                                         3:05CV347/RV/MD

BARNES SUPERMARKET, et al.,
        Defendants.

## REPORT AND RECOMMENDATION

      This cause is before the court upon referral from the clerk.  Plaintiff initiated this cause through the filing of a civil complaint on September 12, 2005.  On September 16, 2005, leave to proceed *in forma pauperis* was granted and plaintiff was directed to file an amended complaint, which he did on September 21, 2005.  (Doc. 4 & 5).  On September 26, 2005, finding the plaintiff's amended complaint to be deficient, the court entered another order directing him to amend.  (Doc. 6).  When he failed to comply, the court entered an order to show cause why this case should not be dismissed for plaintiff's failure to prosecute or comply with an order of the court.  (Doc. 7).  Plaintiff has not responded.

      Accordingly, it is respectfully RECOMMENDED:

      That this case be dismissed without prejudice for plaintiff's failure to comply with an order of the court and failure to prosecute this action.

      At Pensacola, Florida, this 22nd day of November, 2005.

                                                        /s/ *Miles Davis*
                                                        **MILES DAVIS**
                                                        **UNITED STATES MAGISTRATE JUDGE**

## **NOTICE TO THE PARTIES**

Any objections to these proposed findings and recommendations must be filed within ten days after being served a copy thereof.  A copy of objections shall be served upon all other parties.  Failure to object may limit the scope of appellate review of factual findings. <u>See</u> 28 U.S.C. § 636; *United States v. Roberts*, 858 F.2d 698, 701 (11th Cir. 1988).